JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number: 14853
KIMBERLY SOKOLICH
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:22-cr-00124-JAD-DJA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| Lequion Ulrich Jr. | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Sandra P. Bustos</u>, Supervisory United States Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

Dated this 6th day of July, 2023.

                                                          JASON M. FRIERSON
                                                          United States Attorney

                                                          By __/S/_____.
                                                             KIMBERLY SOKOLICH
                                                             Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Lequion Ulrich Jr.                                    Docket No.  2:22-cr-00124-JAD-VCF

Petition for Action on Conditions of Pretrial Release

COMES NOW SANDRA P. BUSTOS, SUPERVISORY UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the defendant, Lequion Ulrich Jr., who was ordered released by U.S. Magistrate Judge Cam Ferenbach on June 28, 2022, on a personal recognizance bond, with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
3. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
4. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
5. Any firearms and/or dangerous weapons shall be removed from the defendant's possession within 24 hours of release from custody and the defendant shall provide written proof of such to Pretrial Services or the supervising officer.
6. Except as authorized by court order, the defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes).
7. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
8. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
9. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.

**Respectfully presenting petition for action of Court and for cause as follows:**

Mr. Ulrich has requested mental health and substance use disorder treatment to address stressors in his life and to learn healthy coping skills

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO ADD THE FOLLOWING CONDITIONS:**

1. The defendant shall participate in mental health treatment as directed by Pretrial Services or the supervising officer.
2. The defendant shall participate in a program of inpatient or outpatient substance use therapy and counseling if Pretrial Services or the supervising officer considers it advisable.

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. Executed on this 6th day of July, 2023. |
|---|---|
| Considered and ordered this 6th day of July, 2023 and ordered filed and made a part of the records in the above case. | Respectfully Submitted, |
| Honorable Cam Ferenbach<br>U.S. Magistrate Judge | Sandra P. Bustos<br>Supervising U.S. Pretrial Services Officer<br>Place: Las Vegas, Nevada |